IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| VICTORIA MACCARTHY, | ) | Case No. 13 B 37676 |
| | ) | |
| Debtor. | ) | Hon. Timothy A. Barnes |
| | ) | |
| | ) | Hearing Date & Time: |
| | ) | August 27, 2014 at 10:00 a.m. |

### NOTICE OF MOTION

TO: Attached Service List

**PLEASE TAKE NOTICE THAT** on August 27, 2014, at 10:00 a.m., I shall appear before the Honorable Timothy A. Barnes, or any other judge sitting in his stead, in Room 613, 219 South Dearborn Street, Chicago, Illinois, and request a hearing on Debtor's Motion To Enter Final Decree Closing Chapter 11 Case, a copy of which is attached hereto and hereby served upon you.

### CERTIFICATE OF SERVICE

I, the undersigned, an attorney, hereby state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing NOTICE OF MOTION and MOTION to be served on all persons set forth on the attached Service List identified as Registrants through the Court's Electronic Notice for Registrants and, as to all other persons on the attached Service List by mailing a copy of same in an envelope properly addressed and with postage fully prepaid and by depositing same in the U.S. Mail, Chicago, Illinois, on the 20th day of August 2014.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Monica C. O'Brien
　　　　　　　　　　　　　　　　　　　　　　　　　　　Monica C. O'Brien

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
Rachel D. Stern (Atty. ID #6310248)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558

## SERVICE LIST

**Registrants Served Through The Court's Electronic Notice For Registrants**

Patrick S. Layng, United States Trustee
219 South Dearborn Street
Suite 873
Chicago, Illinois 60604

Manley Deas Kochalski LLC
Attn: Cari A. Kauffman
P.O. Box 165028
Columbus, OH 43216-5028

John C. Crees
Kleuver & Platt, LLC
65 East Wacker Place
Suite 2300
Chicago, Illinois  60601

**Parties Served U.S. Mail**

Victoria MacCarthy
1410 Berteau
Chicago, Illinois 60613

American Express
P.O. Box 3001
16 General Warren Blvd
Malvern, PA 19355

Bank Of America
Attn: Correspondence Unit/CA6-919-02-41
P.O. Box 5170
Simi Valley, CA 93062

Bank of America
P.O. Box 15026
Wilmington, DE 19850-5026

Calvary Portfolio Services
Attention:  Bankruptcy Department
500 Summit Lake Dr. Suite 400
Valhalla, NY 10595

Citibank
P.O. Box 6000
The Lakes, NV 89163-6000

Deutche Bank
c/o Fisher & Shapiro
2121 Waukegan Road
Suite 301
Bannockburn, IL 60015

Expo/cbsd
Citicards Private Label-Bankruptcy
P.O. Box 20483
Kansas City, MO 64195

GE Money Bank
Attn: Bankruptcy Dept.
P.O. Box 103104
Roswell, GA 30076

GMAC Mortgage
3451 Hammond Ave
Waterloo, IA 50704

I.C. Systems Inc
P.O. Box 64378
St. Paul, MN 55164

Illinois Collection Service
P.O. Box 1010
Tinley Park, IL 60477

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Midland Funding
8875 Aero Dr Ste 200
San Diego, CA 92123

MRSI
2250 E Devon Ave Ste 352
Des Plaines, IL 60018

Pentagroup Financial
5959 Corporate Dr.
Suite 1400
Houston, TX 77036

Peoples Gas
C/O Bankruptcy Department
130 E. Randolph Drive
Chicago, IL 60602

Pierce & Associates
1 North Dearborn Street
Suite 1300
Chicago, IL 60602

PNC Mortgage
3232 Newmark Drive
Miamisburg, OH 45342

Real Time Resolutions, Inc.
1750 Regal Row
Suite 120
Dallas, TX 75235-2287

Resurgent
P.O. Box 10587
Grenville, SC 29603

Tate & Kirlin Assoc
2810 Southhampton Rd
Philadelphia, PA 19154

Wyrhsr Mtg/Select Portfolio Servicing
P.O. Box 65250
Salt Lake City, UT 84165

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| VICTORIA MACCARTHY, | ) | Case No. 13 B 37676 |
| | ) | |
| Debtor. | ) | Hon. Timothy A. Barnes |
| | ) | |
| | ) | Hearing Date & Time: |
| | ) | August 27, 2014 at 10:00 a.m. |

**MOTION TO ENTER FINAL DECREE CLOSING CHAPTER 11 CASE**

Now comes Victoria MacCarthy, the Reorganized Debtor, by and through her attorneys, Gregory K. Stern, Monica C. O'Brien, and Rachel D. Stern, and in support of her Motion to Enter Final Decree Closing Chapter 11 Case, pursuant to 11 U.S.C. § 350 and Bankruptcy Rule 3022, states as follows:

1. On September 25, 2013, the Debtor filed a Voluntary Petition for relief under Chapter 11 of the Bankruptcy Code; and, the Debtor, as Debtor In Possession, has continued in possession of her property, pursuant to §§ 1107 and 1108; and, no trustee has been appointed in this case.

2. On June 25, 2014, this Court entered an Order Approving Adequacy of the Second Amended Disclosure Statement and Confirming Second Amended Plan of Reorganization (the "Confirmation Order"). The Confirmation Order is final and not subject to appeal.

3. The Reorganized Debtor has made all required payments that have become due under the Confirmed Plan.

4. The Reorganized Debtor has made all payments required by the United States Trustee.

5. The Reorganized Debtor's Confirmed Plan has been substantially consummated.

6. There are no remaining contested matters pending and no further steps need be taken to facilitate the administration of the Confirmed Plan.

WHEREFORE, Victoria MacCarthy, the Reorganized Debtor, prays for an order entering Final Decree closing the Reorganized Debtor's Chapter 11 case; and, for such other relief as may be just.

        /s/ Monica C. O'Brien
Monica C. O'Brien, Debtor's Attorney

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
Rachel D. Stern (Atty. ID #6310248)
53 West Jackson Boulevard, Suite 1442
Chicago, Illinois 60604
(312) 427-1558